United States Courts
Southern District of Texas
ENTERED

JAN 2 3 2006

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| v. § § | CRIMINAL NUMBER H-04-025 |
| RICHARD A. CAUSEY, JEFFREY K. SKILLING, and KENNETH L. LAY § § § | |

### ORDER

Defendants have filed a Renewed Motion for Change of Venue and Related Relief (Docket Entry No. 618). Having considered the motion, the Government's Opposition, and the Defendants' Reply Memorandum, the court is persuaded that the motion should be denied.

Last year the court issued a Memorandum and Order denying a similar motion by defendants. (Docket Entry No. 277) The court's Memorandum and Order sets out the law governing defendants' pending motion. The court is not persuaded that the evidence or arguments urged by defendants in support of the pending motion establish that pretrial publicity and/or community prejudice raise a presumption of inherent jury prejudice in this case. The court concludes that jury questionnaires sent to the remaining members of the jury panel and the court's voir dire examination of the jury panel provide

adequate safeguards to defendants and will result in the selection of a fair and impartial jury in this case.

Accordingly, Defendants' Renewed Motion for Change of Venue and Related Relief (Docket Entry No. 618) is **DENIED**.

**SIGNED** at Houston, Texas, on this 23rd day of January, 2006.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE