JUDGE _____ **SIM LAKE** _____
CASE MANAGER ___ HEATHER CARR ___   RPTR/~~TAPE~~ G. Dye, J. Sanchez
LAW CLERK J. Cahill _____   INTERPRETER _____

TIME 8:30 | 12:00 A.M.   1:30 | 4:20 P.M.     DATE Jan. 31, 2006
     begin     end       begin    end

CR. NO. H-04-0025

UNITED STATES OF AMERICA
vs.

| Deft. No. | Deft. Name |
|---|---|
| 2 | Jeffrey K Skilling |
| 3 | Kenneth L. Lay |

§ J. Hoeston, K. Ruemmler  AUSA
§ S. Berkowitz, C. Stricklin
§ D. Petrocelli, R. Woods  ☐ CJA
§ M. Holscher, R. Oppenheimer ☐ CJA
§ A. Sayle, B. Devine  ☐ CJA
§ M. Ramsey, C. Lewis  ☐ CJA
§ B. Collins, M. Secrest  ☐ CJA
§ L. Urban  ☐ CJA

add'l defts on reverse side

## 2d DAY OF JURY / ~~BENCH~~ TRIAL

☐ kowarr......... Deft _____ failed to appear, bench warrant to issue.  ☐ kbntrlbgn. Bench trial begins.
☐ kvdirbgn....... Voir dire begins.  ☐ Jury selected and sworn.  ☒ Jury trial begins.
☐ ........☐ Govt ☐ Deft presented evidence.  ☐ Evidence concluded.
☐ ....... Final arguments.  ☐ Court's charge to the jury.  ☐ Jury deliberating.
☐ kjyv........... Jury verdict  ☐ guilty/cts _____  ☐ not guilty/cts _____
☐ kctv........... Court verdict  ☐ guilty/cts _____  ☐ not guilty/cts _____
☐ ........ See reverse for multiple deft. verdict
☐ kodiscl........ Order for PSI setting Disclosure and Sentencing dates signed.  ☐ Trial ends.
☐ ksen........... Sentencing set _____ at _____ .
☐ kdoralm.(rmn.)... Deft _____ oral motion to remain on bond pending sentencing  ☐ granted ☐ denied.
☐ ko.(bnd.)...... Deft _____ bond ☐ set at $ _____   ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ kgoralm.(rmd.).. Govt oral motion to remand deft _____ to custody pending sentencing ☐ granted ☐ denied.
☐ kloc.(LC). Deft _____ remanded to custody.

Rulings: Defense will provide Court copy of exhibit list tomorrow. Parties announce agreement on resolution of Mrs McNulty's motion, accordingly her
Other: motion is moot. Rule of witness sequestration will be waived as to Kelly Kimberly, Bo Herald, and Rebecca Carter as stated on the record, and as to F.B.I. agents.

Adjourned until _____
Copy to: ..... USPO          See reverse

Adjourned until: 8:30 am, Wednesday, Feb. 1, 2006.