Judge __Sim Lake__

Case Manager ___Heather Carr___     Rptr/Tape __J. Sanchez / G. Dye / C. Barron__

Law Clerk __Jane Cahill__

Time __8:30__ | __11:30__ A.M. _____ | _____ P.M.   Date __May 8, 2006__
    begin   end       begin   end

CR. No. ____H-04-25____

| UNITED STATES OF AMERICA | § | K. Ruemmler, S. Berkowitz |
| | § | J. Hueston, C. Strikland |
| vs. | § | |
| | § | |
| Deft. No.    Deft. Name | § | |
| 2    Jeffrey K. Skilling | § | D. Petrocelli, R. Woods |
| | § | R. Oppenheimer, M. Kline |
| | § | A. Sayle, M. Holscher |
| | § | |
| 3    Kenneth L. Lay | § | M. Ramsey, B. Collins |
| | § | M. Secrest, C. Lewis |
| | § | L. Vittor |
| | § | |

__53rd__ Day of Jury Trial

☐ Deft _____ failed to appear, bench warrant to issue.
☐ Voir dire begins.
☒ Govt presented evidence
☐ Final arguments.
☐ Jury verdict
☐ Court verdict
☐ Jury selected and sworn.
☒ Deft presented evidence.
☐ Court's charge to the jury.
☐ guilty/cts _____
☐ guilty/cts _____
☐ Bench trial begins.
☐ Jury trial begins.
☒ Evidence concluded.
☐ Jury deliberating.
☐ not guilty/cts _____
☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.
☐ Trial ends.
☐ Sentencing set _____ at _____ .
☐ Deft _____ oral motion to remain on bond pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing ☐ Granted ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings: Defense Rests. Defendants Skilling's and Lay's motions for acquittal are DENIED. Defendants Skilling's and Lay's motions to compel government to grant immunity to unavailable witnesses is DENIED. Government Rests.

Adjourned until: 8:30 a.m., Monday, May 15, 2006.