Judge __Sim Lake__
Case Manager ___Heather Carr___   Rptr/Tape __J. Sanchez / G. Dye / C. Barron__
Law Clerk __Jane Cahill__
Time __8:30__ | __12:00__ A.M.  __1:00__ | __3:45__ P.M.   Date __May 15, 2006__
     begin   end                  begin    end

CR. No. ___H-04-25___

| UNITED STATES OF AMERICA | § | K. Ruemmler, S. Berkowitz |
| | § | J. Hueston, C. Strikland |
| vs. | § | |
| | § | |
| Deft. No.   Deft. Name | § | |
| 2   Jeffrey K. Skilling | § | D. Petrocelli, R. Woods |
| | § | R. Oppenheimer, M. Kline |
| | § | A. Sayle, M. Holscher |
| | § | |
| 3   Kenneth L. Lay | § | M. Ramsey, B. Collins |
| | § | M. Secrest, C. Lewis |
| | § | L. Vittor |
| | § | |

__54th__ Day of Jury Trial

☐ Deft _____ failed to appear, bench warrant to issue.      ☐ Bench trial begins.
☐ Voir dire begins.         ☐ Jury selected and sworn.        ☐ Jury trial begins.
☐ Govt presented evidence   ☐ Deft presented evidence.        ☐ Evidence concluded.
☒ Final arguments.          ☒ Court's charge to the jury.     ☐ Jury deliberating.
☐ Jury verdict              ☐ guilty/cts _____               ☐ not guilty/cts _____
☐ Court verdict             ☐ guilty/cts _____               ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ Trial ends.
☐ Sentencing set _____ at _____ .
☐ Deft _____ oral motion to remain on bond pending sentencing  ☐ Granted  ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing ☐ Granted ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings:_____

Adjourned until: __8:30 am, Tuesday, May 16, 2006.__