Judge  **Sim Lake**

Case Manager     Heather Carr

Rptr/Tape  J. Sanchez / G. Dye / C. Barron

Law Clerk  Jane Cahill

Time  8:30 | 12:30 A.M.   1:30 | 4:30  P.M.  Date  May 16, 2006

## CR. NO.  H-04-25

UNITED STATES OF AMERICA   §   K. Ruemmler, S. Berkowitz
§   J. Hueston, C. Strikland
vs.   §
§
§
Deft. No.   Deft. Name   §
2   Jeffrey K. Skilling   §   D. Petrocelli, R. Woods
§   R. Oppenheimer,  M. Kline
§   A. Sayle,  M. Holscher
§
3   Kenneth L. Lay   §   M. Ramsey, B. Collins
§   M. Secrest, C. Lewis
§   L. Vittor
§

## 55th Day of Jury Trial

☐ Deft _____ failed to appear, bench warrant to issue.   ☐ Bench trial begins.
☐ Voir dire begins.   ☐ Jury selected and sworn.   ☐ Jury trial begins.
☐ Govt presented evidence   ☐ Deft presented evidence.   ☐ Evidence concluded.
☒ Final arguments.   ☐ Court's charge to the jury.   ☐ Jury deliberating.
☐ Jury verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Court verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ Trial ends.
☐ Sentencing set _____ at _____.
☐ Deft _____ oral motion to remain on bond pending sentencing   ☐ Granted  ☐ Denied.
☐ Deft _____ bond  ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing  ☐ Granted  ☐ Denied.
☐ Deft _____ remanded to custody.

*Rulings:* _____
_____
_____
_____
_____
_____
_____

Adjourned until:  8:30 am. Wednesday, May 17, 2006.