Judge __Sim Lake__

Case Manager __Heather Carr__    Rptr/Tape __J. Sanchez / G. Dye / C. Barron__

Law Clerk __Jane Cahill__

Time __8:30__ | __10:50__ A.M.    |    P.M.   Date __May 17, 2006__
     begin      end              begin    end

CR. No. __H-04-25__

UNITED STATES OF AMERICA       §   __K. Ruemmler, S. Berkowitz__
                               §   __J. Hueston, C. Strikland__
        vs.                    §
                               §
                               §
Deft. No.   Deft. Name         §
  2        Jeffrey K. Skilling §   __D. Petrocelli, R. Woods__
                               §   __R. Oppenheimer, M. Kline__
                               §   __A. Sayle, M. Holscher__
                               §
  3        Kenneth L. Lay      §   __M. Ramsey, B. Collins__
                               §   __M. Secrest, C. Lewis__
                               §   __L. Vittor__
                               §

__56th__ Day of Jury Trial

☐ Deft _____ failed to appear, bench warrant to issue.    ☐ Bench trial begins.
☐ Voir dire begins.                ☐ Jury selected and sworn.    ☐ Jury trial begins.
☐ Govt presented evidence          ☐ Deft presented evidence.    ☐ Evidence concluded.
☒ Final arguments.                 ☐ Court's charge to the jury. ☒ Jury deliberating.
☐ Jury verdict                     ☐ guilty/cts _____           ☐ not guilty/cts _____
☐ Court verdict                    ☐ guilty/cts _____           ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.  ☐ Trial ends.
☐ Sentencing set _____ at _____.
☐ Deft _____ oral motion to remain on bond pending sentencing  ☐ Granted  ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing ☐ Granted ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings: __Jury to resume deliberating at 8:00 am Thursday, May 18, 2006.__

Adjourned until: _____.