UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Crim. No. H-04-25 (S-2) |
| Plaintiff, | § | |
| v. | § | UNITED STATES COURTS |
| RICHARD A. CAUSEY, | § | SOUTHERN DISTRICT OF TEXAS |
| JEFFREY K. SKILLING, and | § | FILED |
| KENNETH L. LAY | § | MAY 1 8 2006 |
| Defendants. | § | MICHAEL N. MILBY, CLERK OF COURT |

### BUSINESS RECORDS DECLARATION OF COMPASS BANK

1. My name is Kay Davis. I am a United States citizen, I am over the age of eighteen years of age, and I am competent to make this declaration. I am a Projects Manager for Compass Bank. I am a custodian of records of Compass Bank or am otherwise qualified as a result of my position with Compass Bank to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I have reviewed the following record(s) that are attached to this declaration:

| Exhibit No. | Beginning Bates Number | Ending Bates Number |
|---|---|---|
| B 01491 | ETF-0893F-000057 | ETF-0893F-000057 |

3. The records listed above and attached hereto are kept by Compass Bank in the regular course of business, and they were made in the course of regularly conducted business activity as a regular practice. It was the regular course of business of Compass Bank for an employee or representative of Compass Bank, with knowledge of the act, event, condition, opinion, or diagnosis, to make the records or to transmit information of the occurrence to be included in the records. The records listed above and attached hereto were made at, near, or reasonably soon after the time of the occurrence of the matters set

DAL:617951.2

forth by, or from information transmitted by, a person with knowledge of those matters. The records listed above and attached hereto are the original records or exact duplicates of the original records (except for any Bates labels, exhibit stamps, and/or deposition exhibit stickers).

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 10, 2006    .
             (date)

                                                                   KAY DAVIS, Projects Manager
                                                                   Compass Bank
                                                                   15 South 20th Street, 6th Floor
                                                                   Birmingham, Alabama 35233
                                                                   (205) 297-1024



Compass Bank
P O Box 10566
Birmingham, Alabama 35296

## CERTIFICATE

I hereby certify that the attached ___116___ pages are a true and complete copy of the records pertaining to ___KLL & LPL Investments___ kept in our office in my custody and I am custodian of records and keeper of said records for Compass Bank. I further certify that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter

Signed this the ___19th___ day of ___March, 03___

___[signature]___
CUSTODIAN OF RECORDS
COMPASS BANCSHARES

Sworn to and subscribed before me this the ___19th___ day of ___March, 03___

ETF-0893F-000057

___[signature] Nina J. Driggers___
NOTARY PUBLIC
My Commission Expires. ___9/25/03___

LAY-ETF0047159

B 01491-0001

DEFENDANT'S
EXHIBIT
B 01491
H-04-25(S-2)