UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAY 2 5 2006
MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NUMBER H-04-25 |
| | § | |
| JEFFREY K. SKILLING | § | |
| | § | |
| Defendant. | § | |

## VERDICT

On Count One of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING      ___*Guilty*___
                         "Guilty" or "Not Guilty"


On Count Two of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING      ___*Guilty*___
                         "Guilty" or "Not Guilty"


On Count Fourteen of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING      ___*Guilty*___
                         "Guilty" or "Not Guilty"

-1-

On Count Sixteen of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING     _Guilty_
                                        "Guilty" or "Not Guilty"

On Count Seventeen of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING     _Guilty_
                                        "Guilty" or "Not Guilty"

On Count Eighteen of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING     _Guilty_
                                        "Guilty" or "Not Guilty"

On Count Nineteen of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING     _Guilty_
                                        "Guilty" or "Not Guilty"

On Count Twenty of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING     _Guilty_
                                        "Guilty" or "Not Guilty"

On Count Twenty-Two of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING     _Guilty_
                                        "Guilty" or "Not Guilty"

On Count Twenty-Three of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING  _Guilty_
"Guilty" or "Not Guilty"

On Count Twenty-Four of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING  _Guilty_
"Guilty" or "Not Guilty"

On Count Twenty-Five of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING  _Guilty_
"Guilty" or "Not Guilty"

On Count Twenty-Six of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING  _Guilty_
"Guilty" or "Not Guilty"

On Count Thirty-One of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING  _Guilty_
"Guilty" or "Not Guilty"

On Count Thirty-Two of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING  _Guilty_
"Guilty" or "Not Guilty"

On Count Thirty-Four of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _____Guilty_____
                             "Guilty" or "Not Guilty"

On Count Thirty-Five of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _____Guilty_____
                             "Guilty" or "Not Guilty"

On Count Thirty-Six of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _____Guilty_____
                             "Guilty" or "Not Guilty"

On Count Forty-Two of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _____Not Guilty_____
                             "Guilty" or "Not Guilty"

On Count Forty-Three of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _____Not Guilty_____
                             "Guilty" or "Not Guilty"

On Count Forty-Four of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _____Not Guilty_____
                             "Guilty" or "Not Guilty"

On Count Forty-Five of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _Not Guilty_
                              "Guilty" or "Not Guilty"


On Count Forty-Six of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _Not Guilty_
                              "Guilty" or "Not Guilty"


On Count Forty-Seven of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _Not Guilty_
                              "Guilty" or "Not Guilty"


On Count Forty-Eight of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _Not Guilty_
                              "Guilty" or "Not Guilty"


On Count Forty-Nine of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _Not Guilty_
                              "Guilty" or "Not Guilty"


On Count Fifty of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING          _Not Guilty_
                              "Guilty" or "Not Guilty"

On Count Fifty-One of the Indictment, we, the jury, find the Defendant,

JEFFREY K. SKILLING        _____*Guilty*_____
                           "Guilty" or "Not Guilty"


_____        ___25-May-2006___
     FOREPERSON                      DATE

-6-