04-25 a

# Jury Requests:

— Either soft copy index or 3 copies (xerox) of trial exhibit lists.

— Can we get (specific) trial testimony transcripts?

"Can you be more precise as to what you want?
Sim Lake"

24-May-2006