IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Plaintiff, | § § § § | |
| | § | CASE NO. 04 cr 25 |
| v. | § § § § § § | |
| Defendant. | § | |

ORDER

JURY NOTE NO. ____

Transcripts not needed.
We found what we were looking for.
Thank you!

Date: 25-May-2006                                    _____
                                                      Foreperson

COURT'S RESPONSE




                                                      _____
                                                      SIM LAKE
                                                      UNITED STATES DISTRICT JUDGE