Judge __Sim Lake__

Case Manager ___Heather Carr___

Law Clerk __Jane Cahill__

Rptr/Tape __J. Sanchez / G. Dye / C. Barron__

Time ____|____ A.M.  ____|____ P.M.  Date __May 24, 2006__
    begin  end        begin  end

CR. No. ___H-04-25___

UNITED STATES OF AMERICA § __K. Ruemmler, S. Berkowitz__
§ __J. Hueston, C. Strikland__
vs. §
§
Deft. No.    Deft. Name §
  2     Jeffrey K. Skilling     § __D. Petrocelli, R. Woods__
§ __R. Oppenheimer,  M. Kline__
§ __A. Sayle,  M. Holscher__
§
  3     Kenneth L. Lay     § __M. Ramsey, B. Collins__
§ __M. Secrest, C. Lewis__
§ __L. Vittor__
§

___60th___ Day of Jury Trial

☐ Deft _____ failed to appear, bench warrant to issue.
☐ Voir dire begins.
☐ Govt presented evidence
☐ Final arguments.
☐ Jury verdict
☐ Court verdict
☐ Jury selected and sworn.
☐ Deft presented evidence.
☐ Court's charge to the jury.
☐ guilty/cts _____
☐ guilty/cts _____
☐ Bench trial begins.
☐ Jury trial begins.
☐ Evidence concluded.
☒ Jury deliberating.
☐ not guilty/cts _____
☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.     ☐ Trial ends.
☐ Sentencing set _____ at _____ .
☐ Deft _____ oral motion to remain on bond pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings: Jury Note 1 heard in Court from 11:50-11:55am.
Jury continues deliberations from 8:00am to 4:00 pm. Jury deliberations will resume tomorrow, May 25, 2006 at 8:00 a.m.

Adjourned until: _____ .