September 9, 2006

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 1 2 2006

Clerk of the Court
Attention: Judge Lake's Case Manager
Reference: Enron H-04-025
PO Box 61010
Houston, TX 77208

MICHAEL N. MILBY, CLERK OF COURT

Re: Causey and Skilling Hearings Victim's Impact Statement Request

Dear Case Manager:

I wish to thank U.S. District Judge Lake for offering Enron scandal victims the opportunity to be heard at the Causey and Skilling sentencing hearings.

I respectfully request permission to speak at both of these hearings. I am an Enron Investor and I still have the now worthless shares. I purchased these shares after coming to know the company through my wife's earlier employment there but primarily through press releases about Enron. One example was the initiative to trade broadband capacity in similar fashion to the natural gas market, which Enron pioneered. I am an Electrical Engineer, Author and have resided in the Houston area for the past 15 years.

My Victim's Impact Statement would likely be about 3 minutes or less and I would relate my personal disgust at Enron's management for their contempt toward investors. I would encourage the court to levy the maximum punishment possible.

The article regarding the hearing did not specify how those requesting the opportunity to speak would be notified. My home mailing address is 7018 Kayleigh Ct., Sugar Land, TX 77479. My home phone is (281) 565-3524, my work number is (281) 276-2688.

I would appreciate notification either way for planning purposes, but have gone ahead and requested vacation days to attend both hearings. Thank you.

Sincerely,

Brian Durbin
Enron Investor