UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 2 0 2006

MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

vs.

JEFFREY K. SKILLING

§
§
§   CRIMINAL NUMBER H-04-025-SS
§
§


**STATEMENT IN SUPPORT OF RESTITUTION TO THE
CERTIFIED CLASS IN *NEWBY v. ENRON*, H-01-3624**

Lead Plaintiff The Regents of the University of California respectfully submits this statement in support of restitution to the certified class in *Newby v. Enron*, No. H-01-3624. Judge Harmon certified the class on July 5, 2006 as follows:

> (I) all persons, excluding defendants and members of their immediate families, any officer, director or partner of any defendant, any entity in which a defendant has a controlling interest and the heirs of any such excluded party, who purchased the publicly traded equity and debt securities of Enron Corporation (excluding purchases of the 6.95% Notes issued November 1998, the 8.375% Notes issued May 2000, and the Zero Coupon Convertible Notes issued July 2001 in the initial offerings of these notes) between October 19, 1998 and November 27, 2001, and were injured thereby and (ii) all states or political subdivisions thereof or state pension plans that purchased from defendants Enron's 6.40% Notes due 7/15/06 or 6.95% Notes due 7/15/28, and were injured thereby and that authorize the prosecution of the claim pursuant to the Texas Securities Act.

*In re Enron Corp. Sec. Litig.*, 236 F.R.D. 313, 320 (S.D. Tex. 2006). Lead Plaintiff is one of the class representatives for the certified class whose losses are tens of billions of dollars.

Lead Plaintiff understands that the government proposes to transfer the majority of Mr. Skilling's forfeited funds to an account under the control of Judge Harmon to be distributed as she sees fit along with other funds generated from Securities & Exchange Commission actions regarding

Enron. Lead Plaintiff is confident Judge Harmon will distribute the funds in a fair and equitable

manner to the victims of Mr. Skilling's crimes and therefore supports the government's proposal.

DATED: October 20, 2006                              Respectfully submitted,

                                                     LERACH COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
                                                     WILLIAM S. LERACH
                                                     DARREN J. ROBBINS
                                                     HELEN J. HODGES
                                                     BYRON S. GEORGIOU
                                                     SPENCER A. BURKHOLZ
                                                     JAMES I. JACONETTE
                                                     MICHELLE M. CICCARELLI
                                                     ANNE L. BOX
                                                     JAMES R. HAIL
                                                     JOHN A. LOWTHER
                                                     ALEXANDRA S. BERNAY
                                                     MATTHEW P. SIBEN
                                                     ROBERT R. HENSSLER, JR.


                                                     _____ (ROGER B. GREENBERG) for
                                                     HELEN J. HODGES   w/ permission

                                                     655 West Broadway, Suite 1900
                                                     San Diego, CA  92101
                                                     Telephone: 619/231-1058

                                                     LERACH COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
                                                     PATRICK J. COUGHLIN
                                                     100 Pine Street, Suite 2600
                                                     San Francisco, CA  94111
                                                     Telephone: 415/288-4545
                                                     415/288-4534 (fax)

                                                     LERACH COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
                                                     REGINA M. AMES
                                                     KATHERINE C. SPLAN
                                                     9601 Wilshire Blvd., Suite 510
                                                     Los Angeles, CA  90210
                                                     Telephone: 310/859-3100
                                                     310/278-2148 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
G. PAUL HOWES
JERRILYN HARDAWAY
Texas Bar No. 00788770
Federal I.D. No. 30964
1111 Bagby, Suite 4850
Houston, TX  77002
Telephone:  713/571-0911

**Lead Counsel for the Certified Class in**
*Newby v. Enron*

SCHWARTZ, JUNELL, GREENBERG
  & OATHOUT, LLP
ROGER B. GREENBERG
State Bar No. 08390000
Federal I.D. No. 3932


_____
     ROGER B. GREENBERG

Two Houston Center
909 Fannin, Suite 2700
Houston, TX  77010
Telephone:  713/752-0017

HOEFFNER & BILEK, LLP
THOMAS E. BILEK
Federal Bar No. 9338
State Bar No. 02313525
1000 Louisiana Street, Suite 1302
Houston, TX  77002
Telephone:  713/227-7720

**Attorneys in Charge**


S:\CasesSD\Enron\skilling restitution.doc

- 3 -

CERTIFICATE OF SERVICE

I certify that a copy of this Notice has been served in accordance with the Court's July 28, 2006 Order (Docket No. 1071) on the following on October 20, 2006.

**BY MESSENGER**

Ms. Heather Carr
Case Manager to the Honorable Sim Lake
515 Rusk, Courtroom 9B
Houston, TX  77002

United States Probation Office
Attention: Enron Case
515 Rusk, 2nd floor
Houston, TX  77002

**BY EMAIL & U.S. MAIL**

Sean Berkowitz
Enron Task Force
1400 New York Avenue, N.W., 4th floor
Washington, D.C.  20530

**BY FACSIMILE**

Daniel M. Petrocelli
O'Melveny & Myers, L.L.P.
1999 Avenue of the Stars, 7th floor
Los Angeles, CA 90067
(310) 246-6729 [facsimile]

_____
Mo Maloney