JUDGE_____SIM LAKE_____
CASE MANAGER___HEATHER CARR_____        RPTR_K. METZGER_____
USPO_Gail Winkler_____               INTERPRETER_____
Time _1:00_ | _3:15_____                               Date__October 23, 2006__
      begin     end

## CR. NO. __H-04-25__  DEFT. NO. __02__

UNITED STATES OF AMERICA          §         ___Sean Berkowitz_____ AUSA
                                  §
vs.                               §
                                  §
Jeffrey K. Skilling               §         ___Daniel Petrocelli_____

### SENTENCING

■ Sentencing held on Counts _1, 2, 14, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 31, 32, 34, 35, 36, 51_.

■ SENTENCE TEXT:  As to Counts _2, 14_ Custody for _120_ Months, to be served consecutively.
As to Counts _1, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 31, 32, 34, 35, 36, and 51_ Custody for _52_ Months to be served concurrently and consecutively to Counts 2 and 14.
(✓) Supervised Release for _3_ years.
(✓) No Fine.
(✓) Restitution as stated in the Order of Forfeiture and Stipulated Forfeiture and Restitution Settlement Agreement.

■ Standard Conditions plus, Drug treatment. DNA sample if authorized. Participation in a mental health program. Must provide probation officer with all requested financial information. May not incur new credit with out approval of the probation officer.

■ Special assessment [$100 per count] on Counts _1, 2, 14, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 31, 32, 34, 35, 36, 51_.

☐ Deft requests Clerk to Enter Notice of Appeal.
☐ Count(s) _____ dismissed on government's motion.
☐ Deft ordered to surrender to U.S. Marshal _____.
■ Deft ordered to surrender to institution when designated.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Jury trial set for _____ at _____.
☐ Deft failed to appear, bench warrant to issue.
■ Deft bond ■ continued with the additional condition of home confinement.
☐ Terminate other settings for this deft.    ☐ Terminate motions for this deft.

OTHER PROCEEDINGS/RULINGS: Parties are to work towards an agreement regarding Defendant's [1142] Request for Access to Materials.