United States District Court
Southern District of Texas
FILED

JAN - 8 2007

Michael N. Milby, Clerk

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 29, 2006

Mr Daniel M Petrocelli
O'Melveny & Myers
7th floor
1999 Avenue of the Stars
Los Angeles, CA 90067

No. 06-20885 USA v. Skilling
USDC No. 4:04-CR-25-2

Dear Mr Petrocelli:

We are in receipt of your transcript order form ordering transcripts from several court reporters on one form.

This is to advise that you must complete and forward separate transcript order forms for each court reporter. You will have an additional 15 days from the date of this letter to correct and forward the appropriate copies of each form to the appropriate persons.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Jann Wynne
Jann Wynne, Deputy Clerk
504-310-7688

cc:  Mr James Lee Turner
     Mr Michael N Milby, Clerk