JUDGE_____SIM LAKE_____
CASE MANAGER__HEATHER CARR__   RPTR/TAPE _K. Metzger_
LAW CLERK__Jane Cahill West__   INTERPRETER_____

TIME ____/____ A.M.  _2:00_/_2:10_ P.M.   DATE _April 21, 2009_
      begin  end       begin   end

CR. NO. _H-04-0025_

UNITED STATES OF AMERICA          §       _S. Tyrell_____
                                  §
         vs.                      §
                                  §
                                  §
Deft. No.   Deft. Name             §       _D. Petrocelli_____ ___ CJA
  _2_     _J. Skilling_            §       _____ ___ CJA
                                   §       _____ ___ CJA
                                   §       _____ ___ CJA
                                   §       _____ ___ CJA
                                   §       _____ ___ CJA

add'l defts. on reverse side

### HEARING

____  Hearing held on _Scheduling_____
____  **Evidence presented** (exhibits admitted or testimony given) on:_____
____  All motions not expressly decided are denied without prejudice to being reurged.
____  Jury trial set _____ at _____.
____  Deft___ bond set/reduced to $_____ ___Cash ___Surety ___10% ___PR.
____  Deft___ failed to appear, bench warrant to issue.
____  Deft___ bond ___continued ___forfeited.
____  Deft___ remanded to custody.

OTHER RULINGS

At the request of counsel for both parties, the parties shall promptly file a joint motion to vacate the current order for sentencing (Docket Entry No. 1234) and motion for entry of scheduling order for filing of a Rule 33 motion.

Page ____ of _____