UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY K. SKILLING,<br><br>    Defendant. | Crim. No. H-04-25 (Lake, J.) |

## [PROPOSED] ORDER

Having considered the parties' Joint Motion To Extend The Time Limit For Filing Defendant's Motion For A New Trial, And To Vacate The Court's Order Of March 26, 2009 Concerning Defendant's Resentencing, it is hereby ORDERED that:

1) Defendant Jeffrey Skilling shall file any motion for a new trial pursuant to Federal Rule of Criminal Procedure 33(b)(1) no later than July 10, 2009. The United States shall file its response to Skilling's motion, if any, no later than September 4, 2009. Skilling shall file any reply to the United States's response no later than September 25, 2009.

This schedule, which extends the time to file a Rule 33 motion beyond the limits set forth in Federal Rule of Criminal Procedure 33(b)(1), is ordered under authority of Federal Rule of Criminal Procedure 45(b)(1), and based on the United States's explicit waiver of any objection to a time frame exceeding the time limits set forth in Federal Rule of Criminal Procedure 33(b)(1).

2) This Court's Order dated March 26, 2009, scheduling Skilling's resentencing hearing for July 30, 2009, and establishing a schedule for the parties to submit their respective sentencing memoranda, is hereby VACATED pending further order of the Court.

SIGNED on the _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE