UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY K. SKILLING,<br><br>    Defendant. | Crim. No. H-04-25 (Lake, J.) |

[PROPOSED] ORDER

Having considered the defendant's Unopposed Motion To Further Extend The Time Limit For Filing Defendant's Motion For A New Trial Based On Newly Discovered Evidence, it is hereby ORDERED that:

Defendant Jeffrey Skilling shall file any motion for a new trial pursuant to Federal Rule of Criminal Procedure 33(b)(1) no later than August 10, 2009. The United States shall file its response to Skilling's motion, if any, no later than October 5, 2009. Skilling shall file any reply to the United States' response no later than October 26, 2009.

This schedule, which further extends the time to file a Rule 33 motion beyond the limits set forth in Federal Rule of Criminal Procedure 33(b)(1), and the limits set forth in the Court's Order of April 29, 2009, is ordered under authority of Federal Rule of Criminal Procedure 45(b)(1), and based on the United States' explicit waiver of any objection to a time frame exceeding the time limits set forth in Federal Rule of Criminal Procedure 33(b)(1).

SIGNED on the 26th day of June, 2009.

                    _____
                    SIM LAKE
                    UNITED STATES DISTRICT JUDGE

CC1:810270.1