UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. H-04-25 (Lake, J.) |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY K. SKILLING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JEFFREY SKILLING'S <u>UNOPPOSED</u> MOTION FOR AN ORDER GRANTING
COUNSEL ACCESS TO SEALED TRANSCRIPTS IN THIS MATTER**

On May 2, 3 and 8, 2013, the Court held scheduling conferences in the above referenced

matter. *See* Dkt. Nos. 1314, 1315, & 1317. The transcripts from the scheduling conferences are

sealed. *Id*. In order to obtained copies of the sealed transcripts, an Order from the Court

permitting the court reporter to release the transcripts is required. Accordingly, Defendant

Skilling respectfully requests an order from the Court permitting the court reporter to release to

his counsel of record in this matter and to the government's counsel the sealed transcripts for the

May 2, 3, and 8, 2013, scheduling conferences.

///

///

///

///

///

///

///

Counsel for Defendant Skilling conferred with counsel for the government and they do not oppose this motion.

Dated: May 15, 2013

Respectfully submitted,

By: /s/ Daniel M. Petrocelli

Of Counsel:
Ronald G. Woods
Texas State Bar No. 21964000
Federal Bar No. 657
5300 Memorial, Suite 1000
Houston, TX 77007
Office: (713) 862-9600
Facsimile: (713) 864-8738

Daniel M. Petrocelli
M. Randall Oppenheimer
Matthew T. Kline
David J. Marroso
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Office:  (310) 553-6700
Facsimile:  (310) 246-6779
*Attorneys in Charge for Jeffrey K. Skilling*