UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY K. SKILLING,<br><br>Defendant. | )  Crim. No. H-04-25 (Lake, J.)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having considered Defendant's <u>Unopposed</u> Motion For an Order Granting Counsel Access to Sealed Transcripts in this Matter, it is hereby ORDERED that: Defendant Jeffrey Skilling's counsel of record in the above referenced matter and the government's counsel are entitled to order copies of all sealed transcripts in this matter, including the transcripts for the May 2, 3, and 8, 2013, scheduling conferences.

SIGNED on the _16th_ day of _May_, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE